# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

May 17, 2024

CL-2023-0281

S.S. v. K.S. (Appeal from Lauderdale Juvenile Court:  JU-19-682.02).

CL-2023-0282

S.S. v. K.S. (Appeal from Lauderdale Juvenile Court:  JU-19-683.02).

CL-2023-0283

S.S. v. K.S. (Appeal from Lauderdale Juvenile Court:  JU-19-684.02).

CL-2023-0284

S.S. v. K.S. (Appeal from Lauderdale Juvenile Court:  JU-19-685.02).

CL-2023-0285

S.S. v. K.S. (Appeal from Lauderdale Juvenile Court:  JU-21-390.01).

## ORDER

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, Fridy, and Lewis, JJ., concur.

Nathan P. Wilson, Clerk